Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Jasmine Behroozan, SBN 325761
jasmine@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988f
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| FREEMAN RAY DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLOOMIN' BRANDS, INC. d/b/a OUTBACK STEAKHOUSE OF FLORIDA, LLC, a Florida limited liability; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-02221-AJB-MSB<br><br>Honorable Judge Anthony J. Battaglia<br>Edward J. Schwartz U.S. Courthouse<br>Courtroom 4A – 4th Floor<br><br>**NOTICE OF SETTLEMENT**<br>Complaint Filed: November 13, 2020<br>Trial Date: None |
|---|---|

1  Plaintiff, Freeman Ray Davis ("Plaintiff") hereby notifies the Court that the
2  claims of Plaintiff have settled on an individual basis.  A notice of dismissal of
3  Plaintiff's individual claims in accordance with Federal Rule of Civil Procedure
4  41(a)(1)(A)(i) will be filed upon execution of a formal settlement agreement.
5  Plaintiff reserves the right to reopen within forty-five (45) days if a settlement is
6  not finalized.

8  Dated: August 12, 2021                    Respectfully Submitted,

10                                             */s/ Thiago M. Coelho*
11                                             Thiago M. Coelho
                                               **WILSHIRE LAW FIRM**
12                                             *Attorneys for Plaintiff and*
                                               *Proposed Class*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 12, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: August 12, 2021         */s/ Thiago M. Coelho*
                               Thiago M. Coelho