Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Jasmine Behroozan, SBN 325761
jasmine@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

Ryan D. Fischbach, SBN 204406
rfischbach@bakerlaw.com
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: (310) 820-8800
Facsimile: (310) 820-8859

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEMAN RAY DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLOOMIN' BRANDS, INC d/b/a OUTBACK STEAKHOUSE OF FLORIDA, LLC, a Florida limited liability company and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-02221-AJB-MSB<br><br>Honorable Judge Anthony J. Battaglia<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

1

STIPULATION FOR DISMISSAL WITH PREJUDICE

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, Freeman Ray Davis ("Plaintiff") and Defendant, Bloomin' Brands, Inc., by and through their undersigned counsel, hereby voluntarily dismiss all claims and causes of action asserted individually with prejudice as to Plaintiff's individual claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Parties shall bear their own fees and costs.

Dated: October 13, 2021            Respectfully Submitted,

/s/ Thiago M. Coelho
Thiago M. Coelho
**WILSHIRE LAW FIRM**
*Attorney for Plaintiff and Proposed Class*

Dated: October 13, 2021            Respectfully Submitted,

/s/ *Ryan D. Fischbach*
Ryan D. Fischbach
**BAKER & HOSTETLER**
*Attorney for Defendant*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 13, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: October 13, 2021     */s/ Thiago M. Coelho*
　　　　　　　　　　　　　　Thiago M. Coelho