1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| FREEMAN RAY DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLOOMIN' BRANDS, INC d/b/a OUTBACK STEAKHOUSE OF FLORIDA, LLC, a Florida limited liability company and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-02221-AJB-MSB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

///
///
///
///
///
///
///
///

1

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On October 13, 2021, Parties filed a stipulation for dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) [Dkt. 10].

Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to Plaintiff's individual claim. Each party must bear its own costs and attorneys' fees. The Clerk of Court is instructed to terminate all pending motions and deadlines and close the case.

**IT IS SO ORDERED.**

Dated:  October 15, 2021

Hon. Anthony J. Battaglia
United States District Judge